121 A.3d 876

IN THE MATTER OF LAWRENCE B. SACHS, AN ATTORNEY AT LAW (ATTORNEY NO. 017701983).

September 28, 2015.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 14–390, concluding that **LAWRENCE B. SACHS** of **MILLSTONE TOWNSHIP,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to communicate with client), and good cause appearing;

It is ORDERED that **LAWRENCE B. SACHS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.